# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, D.C. KING, S.A. DOMINGUEZ**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## MARCJOSEPH A. ARTAP
## SERGEANT (E-5), U.S. MARINE CORPS

### NMCCA 201400138
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 25 November 2013.
**Military Judge:** LtCol Eugene Robinson, USMC.
**Convening Authority:** Commanding General, 1st Marine Aircraft Wing, Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** Maj J.M. Hackel, USMC.
**For Appellant:** LCDR Shannon Llenza, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**31 July 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court